# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 17-cv-00592-RM-STV

KIMBERLY SCHOCK,

    Plaintiff,

v.

PHARMACISTS MUTUAL INSURANCE COMPANY,

    Defendant.

___

## ORDER OF DISMISSAL WITH PREJUDICE
___

This matter comes before the Court upon the filing of a Stipulation for Dismissal with Prejudice ("Stipulation") (ECF No. 41)by Plaintiff, Kimberly Schock, and Defendant, Pharmacists Mutual Insurance Company, in which the parties stipulate that all claims brought by Plaintiff against Defendant have been fully, finally and completely settled, such that a formal Order of Dismissal with Prejudice is requested from the Court. The Court, having reviewed the Stipulation, there being no opposition thereto, and otherwise being fully advised of the matters contained therein, hereby accepts and grants the Stipulation and ORDERS as follows:

All claims brought or which could have been brought in this action by Plaintiff, Kimberly Schock, against Defendant, Pharmacists Mutual Insurance Company, are hereby dismissed, with prejudice, with each party to bear her or its own attorneys' fees and costs.

DATED this 20th day of October, 2017.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Court Judge